01:50:54

1       Q.   So you wake up from your nap.  What do

2 y'all do next?

3       A.   I believe before we left, the phone ring --

4 I can't remember if the phone rang or if King called

5 someone.  I think that the phone rang once we had

6 both got up, and I really don't know who was on

7 there.  It had to have been Louis or somebody there

8 at the party -- and the party I'm saying where the

9 meat was being cooked off at.  And right after that

10 phone call we left.  Me and King left in Kylie's car

11 to go straight out to where -- out there in the

12 country where them grills were and where the meat was

13 being cooked -- where the black guy was when we left.

14 And we got out there and there ain't nobody inside

15 and the grills wide open smoking but there ain't no

16 meat nowhere.  We looked in the ice box.  There

17 wasn't one meat.  There was one plate, like, with one

18 or two pieces of meat on it with foil on it.  Nobody

19 was -- wasn't no note left, the doors wasn't locked

20 or nothing.  So we didn't know what happened, I

21 didn't.  And King all of a sudden said, "Get in the

22 car.  I know where they are.  They better not be down

23 there."

24         So we got in his girlfriend's car --

25 Kylie's little blue car and went down the road.  I

1   don't know what city or town, providing it was.  We

2   went down the road to this other house; and when we

3   got there it looked like a domino game or a wedding

4   or something going on.  The yard was full of cars,

5   and it was obvious that the party had been moved from

6   that location over here to this other house.

7           And when we pulled up -- I can't

8   remember if he honked the horn.  I think Courtney and

9   Louis come out -- I don't think it was Louis.  It was

10  Courtney -- I know it was Courtney for sure, Louis'

11  girlfriend.  Might have been someone else with her.

12  She come out -- she was talking to King and told King

13  to come inside, that that's where the party was going

14  on.  We -- you know, she wanted me and King to go

15  inside.  And evidently King knew -- he knew whose

16  house that was because he said he wasn't -- didn't

17  want to go inside the house.

01:53:09  18       Q.   Okay.

19       A.   Because he knew -- he didn't -- he used

20  that word again.

01:53:14  21       Q.   I mean, say whatever you need to say.

22       A.   And he said he didn't want to go in, and

23  Courtney kept telling him all the meat and beer was

24  in there.  And he said that they can just have

25  everything, that he was going back to the apartment.

PAULA K. FREDERICK, CSR
(979) 361-4270

1   And I can't remember if I was asked to go in or not,

2   but I -- even if I was asked, I wasn't going to go in

3   without King because I'm covered with tattoos and I

4   didn't know it was their home.   And I wasn't going to

5   be off in a house not knowing who lived there.   I

6   didn't know that that was that guy's house, to be

7   honest with you, that was -- made King mad the first

8   time.   I didn't know that was his house, and I didn't

9   know how many -- or who was inside the house.   I

10  didn't want to go in by myself so I just left with

11  King, and we went back to the apartment.

01:54:05  12        Q.   And you took a nap at the apartment;

13  correct?

14        A.   When we got back to the apartment, King got

15  on the phone and called up Keisha Adkins and told her

16  to come over to the house.   And then I say about 30,

17  45 minutes after we was there then Louis Berry shows

18  up with Courtney.   And they have a plate of meat, and

19  they try to give it to King.   And King said -- he

20  cussed them out and told them that they didn't have

21  no business taking all of his stuff to that black

22  guy's house, but he didn't say black guy.

01:54:41  23        Q.   Was Louis mad at King for leaving, or was

24  King mad at Louis?

25        A.   Louis was mad because King didn't come

1   inside.

01:54:51  2        Q.   Okay.

3        A.   And King was mad because Louis took the

4   meat and the beer over to that black guy's house and

5   King was expecting to eat the meat and drink the beer

6   all Saturday night and -- Saturday evening and

7   Saturday night.

01:55:06  8        Q.   Okay.

9        A.   And after he -- Louis Berry brought the

10  meat and Courtney -- and King told them they were

11  going to have to leave the apartment after about a

12  three or four or five-minute argument -- they were

13  going to have to leave the apartment, that he was

14  going to use it for the night.

01:55:22  15       Q.   What -- when Keisha got there -- let's

16  start from there.  What happened?

17       A.   Can I say something?

01:55:29  18       Q.   Sure.

19       A.   Before that on the way back from that black

20  guy's house where all the meat was -- and the party

21  was going on, the band and all that was inside the

22  house, we had passed that guy Weed -- his name is

23  Weed.  I don't know what his name is.  And he had one

24  headlight off; and King said, "Park your car at

25  Tommy's house and get in with me.  You can come to

1   the apartment." So we went to Tommy's house, Weed

2   parked his car there, got into Kylie's car; and all

3   three of us went back to the apartment.   And whenever

4   Louis and Courtney left and Weed went with them

5   because he knew that King was mad, too -- I knew he

6   was mad, too; but I don't -- I don't -- I didn't --

7   that's -- that was my -- the only person that really

8   I basically knew and I was going to stay there with

9   him because I didn't want to be with, you know,

10   anybody else.

01:56:21  11       Q.   Okay.  Now, about what time of night is

12   that?  Can you recall at all?

13       A.   What time of night what?

01:56:28  14       Q.   All this is taking place, that Keisha gets

15   to the apartment.

16       A.   Well, after they leave and -- Keisha shows

17   up around -- I guess around 10:30 -- 10:00 , 10:30.

18   But before she gets there, King told me -- he said,

19   "Kylie is fixing to come get her car.  Don't let her

20   in the apartment.  Give her her keys -- put her keys

21   on the front porch and don't let her in the door

22   because I'm going to have Keisha in the back

23   bedroom."

24            So whenever Keisha gets there and they

25   go in the back bedroom then Kylie comes over.  Shawn

1  Berry's girlfriend -- I don't know what her name is,

2  but she brought Kylie to come get her car, you know.

3  Before she got there, I placed the keys on the

4  doorknob and locked the door and deadbolted it and

5  shut.  And she got her keys and sure enough she was

6  banging on the door and she was wanting in.  And I

7  kept yelling, "I'm not opening the door."  And she

8  gets there and she wanted to see Bill.  I said, "Bill

9  is busy and I'm taking care of some business in the

10 living room.  I can't open the door."  I wouldn't let

11 her in.  I did not let Kylie in.

12          About five or ten minutes after she

13 was trying to get in then she left because she knew

14 that I wasn't going to open the door for her.  I

15 imagine she knew what was going on in there as far as

16 Bill having some girl but I don't think she knew who

17 it was at that time.

01:57:39  18     Q.    Okay.  Now, this puts us at about

19 11:00 o'clock that night; is that correct?  Somewhere

20 around that time?

21     A.    After Kylie leaves, yes.  And then the

22 phone rings -- and right behind King's apartment

23 there was, like, three -- three or four girls that

24 stayed in another apartment.  And more or less they

25 was coming over to King's house all the time, and

1    King and me and Berry and Shawn would all go over to

2    their house sometimes -- on certain occasions.  And,

3    you know, it was, like, a friend I guess -- going

4    over there and watching VCRs -- then come get a VCR

5    tape.  And they had called and wanted to know what

6    we -- we -- as in me and Shawn and King -- was doing

7    that night.  And I told them, "Well, so far King is

8    in a bad mood and he's got this girl in the back

9    bedroom.  And Shawn is at work right now."  And I

10   explained to her we were supposed to go to this party

11   but the stuff got messed up and I don't even know if

12   there's going to be a party.  So they said, "Well,

13   we're out here.  Come over."  I didn't know where

14   they was.  They come over the caller ID box as Joseph

15   Bryant's house.  They give me directions to where

16   they was, and I wrote them down.  And I told them --

17   I said, "Well, as soon as Shawn gets off work I'll

18   see if he'll take -- me and him can come out there

19   and, you know."

20           So wrote the directions down, and they

21   was still in the back bedroom until Shawn come in --

22   Shawn was a little late.  Usually gets there between

23   12:00, 12:30; but I think he was, like, 30 minutes

24   late.  It was getting close to, like, 1:00 o'clock

25   before Shawn get there.  I'd say maybe 15 till.  I

1    know he was running a little late because I told him

2    when he got in -- I said, "Man, where you been

3    because I told them girls you got off at 12:00 or

4    12:15.  They was wanting us to come out there."  He

5    was late, and he had been drinking.  And he drank --

6    he always had something to drink; but I don't think

7    I've ever seen him that drunk off of, you know,

8    staying off work -- never seen him that drunk that

9    soon.

01:59:54  10        Q.   Had you been drinking?

11        A.   No, not at the time I wasn't drinking.

01:59:57  12        Q.   Okay.  So this is about 1:00 o'clock in the

13    morning which would put us into June the 7th

14    datewise.  Now, up until this point had y'all made

15    any plans about going out and abducting somebody and

16    taking them out and killing them?

17        A.   No, sir.

02:00:16  18        Q.   Okay.

19        A.   The only plans we made was when Shawn got

20    off of work.  Only -- excuse me.  And we really ain't

21    made plans.  I -- when Shawn got off work, I asked

22    him if he would take me out there to the girls'

23    house -- me and Shawn go out there.

24           And first thing Shawn said is, "Well,

25    where is Bill at?"  He calls him Bill, I call him

PAULA K. FREDERICK, CSR
(979) 361-4270

1  John.  He said, "Where's Bill?"  I said, "He's back
2  there in the back bedroom with some girl."
3        "Well, who is it?"
4        I told him -- I said, "Some girl name
5  Keisha Adkins."  I just heard the name.  I had never
6  met her before.  And he said that he knew her.
7        And he started banging on the door to
8  let him know that he was home and that's what
9  interrupted them.  And she come out and King come
10 out.  And then whenever she come out and King said,
11 "Well, hey, there's my bro right here.  Look at all
12 these tattoos."  And he showed her my tattoos.
13        And I said, "Come on, Shawn."  I kept
14 telling Shawn to come on, let's go, let's go.  I was
15 waiting on some girls.  And Shawn talked King into
16 going with us.  Said, "Come on, King.  Come on.  Go
17 with us."  So that's --

02:01:26  18    Q.  All right.  Let me take you back now just a
19 minute.  Y'all had been working where?

20    A.  We had been working where?

02:01:32  21    Q.  Yeah.  Not on this day.  But had you been
22 working while you were in Jasper?

23    A.  Yeah.  Me and Louis Berry and King, we -- I
24 don't remember who it was -- if it was Louis or King
25 that had found a deal -- or the job for us, but the

1    jobsite was, like, to clear some big -- a big lot --

2    wood.  And the man would pay us $150 to clear this

3    land -- going to take, like, maybe two or three days

4    because we had to cut down some trees and haul the

5    trees off the land.  I think they was going to put a

6    trailer house or shop or something there.

02:02:11   7        Q.  Why were you working?  Why did you need

8    that job?

9        A.  Because I needed some money to get home

10   because I already missed one month of my parole

11   officer.  And on top of that I was supposed to be in

12   Sulphur Springs to go to get a divorce set up with my

13   ex-wife.  I called my sister and she said that I

14   better be home because the divorce was -- I needed to

15   be in court for the divorce and my parole officer --

16   and I need to see him, too.

02:02:41   17       Q.  What did you spend the rest of your money

18   on?

19       A.  Well, Shawn -- the whole time there, you

20   know, I'm lifting weights -- he had a weight set set

21   up -- instead of a kitchen table they had a weight

22   set set up in their kitchen area.  And I'm working

23   out with King and Berry -- Berry on occasions and

24   King on occasions.  And Berry -- he told me that

25   he -- if I wanted to get big -- you know, he had

1   magazines -- weight lifting magazines.  If I wanted

2   to get big like that, that he knew -- he was -- could

3   get the steroids but they was going to cost, like, 4

4   or $500 for a vial of steroids.  And he said they

5   needed some money.  So I give him my bus ticket home

6   for the steroids.

02:03:30  7       Q.   Did he give you a shot?

8       A.   Yes, he give me a shot in the bathroom in

9   the apartment -- in my hip -- right here on my right

10   hip in the bathroom at the apartment.  King's

11   apartment.

02:03:41  12       Q.   Okay.  Now, did y'all have some tools you

13   were working on the property in Wildwood with?

14       A.   They didn't have no tools at first, and

15   that was -- I think that the job was -- they may have

16   told him they could clear the land for $150.  But

17   they didn't have no tools.

18            And one night at the apartment

19   somebody said that they knew where they could get the

20   tools to clear the land which -- what was needed was

21   a chain saw and a weed eater to clear the land.  So

22   all four of us -- Louis, me and Shawn and King -- got

23   in the truck and we went out.  And Louis dropped me,

24   Shawn, and King off; and I don't know where he was --

25   it was a house with, like, some woods beside it.

1        And King told me to stay in the woods

2   and watch for them while they went into this garage

3   or carport to steal the chain saw and the weed eater,

4   and Louis was going to keep driving back and forth

5   and he'd meet us on the highway.  He was going to

6   pick us up and go on to the apartment with the tools.

7        So we put on, like, gloves and spray

8   painted them black at that time.  And really it

9   didn't even matter to me because they hadn't made me

10  stay, like, a watch in the woods while they went

11  another 150 yards to take the weed eater and chain

12  saw.  And they -- when they come running back to the

13  woods and all three of us run back to the highway and

14  get in the truck with Louis and come back to the

15  apartment.  And the next day that's when we took the

16  chain saw and the weed eater out to Wildwood to clean

17  the land.

18        And Louis -- Louis and King got the

19  chain saw and weed eater at the man's property -- his

20  house -- on a trailer that -- we was using his

21  trailer to haul the brush off, and that's where --

22  the last time I seen the chain saw and the weed eater

23  was sitting on that trailer at that man's house.  So

24  we took someone's chain saw and weed eater and we

25  just left it there.  I don't know if that man ever

```
 1    turned it in or what.

 2         Q.   Okay.  Now, let's go back to 1:00 o'clock

 3    on June the 7th, 1998.  At some point did you, Shawn

 4    Berry, and Bill King get in Shawn's truck and leave?

 5         A.   Yes.  As soon as Keisha Adkins had come out

 6    of the room -- probably about five or ten minutes

 7    after she come out, then that's when she went her way

 8    and me and Shawn and King went our way.

 9         Q.   Okay.  Do you recall where you were sitting

10    in the truck when y'all left?

11         A.   I'm always sitting in the middle because

12    King is always wanting to be by the window, Shawn is

13    driving.  And I was always in the middle which is

14    really no problem to me.

15         Q.   When y'all left the apartment complex,

16    where were you headed?

17         A.   To find them girls' house -- to -- I wrote

18    on -- the directions down on, like, a yellow sheet of

19    paper; and we was going -- and Shawn had even

20    veiwed -- looked at the address, and he said that he

21    knew exactly where that was.

22         Q.   Okay.

23         A.   We got in the truck and we took off.

24         Q.   And tell me about what y'all did.  Where

25    did y'all go?
```

1    A.    Before we got out there -- yeah, we loaded

2    up a cooler -- like one of those coolers out there

3    with some beer that was in the ice box, and we took

4    off.

5    Q.    Where did you go?

02:07:10

6    A.    To find them girls' house.  And we kept

7    going down all these oil top roads because way up and

8    down -- the way I wrote it down it's like it said

9    third road on the left or might have said third oil

10   top on the road to the left off the main highway,

11   take that.  And we was going down the highway; and

12   there's, like, a dirt road and an oil topped road and

13   another oil top road.  The roads was confusing us

14   because the way I wrote it down.  So we had all the

15   roads, and the way I had it wrote down we couldn't

16   find them girls' house.  So he started getting mad

17   and so we started taking the roads to the right or

18   vice versa left and right.  We still couldn't find

19   them.

20         So he got -- started getting madder

21   and madder and started speeding his truck up faster

22   and we went around this corner and it slung the beer

23   cooler out but we didn't know that until we got,

24   like, to the stop sign at the main highway again and

25   he noticed the beer cooler had fell out.

PAULA K. FREDERICK, CSR
(979) 361-4270

1    So we went back to retrieve the cooler
2    which was busted and beer bottles everywhere in the
3    road.  And we got all the beer cans and bottles that
4    we could and put them back in the cooler and headed
5    back to town.
6        Q.   Okay.  But on --
7        A.   On The way back to town, though, there was,
8    like, a stop sign at the end of that road and Shawn
9    just drove his truck up real slow to the stop sign
10   and just stepped on it and bent the stop sign over.
11   He didn't drive his truck over.  He just knocked
12   the -- bent over almost level to the ground and
13   backed up -- excuse me.  And that was it.  After that
14   he backed up and got back on the road.  Of course, he
15   was weaving a little bit.  Not that bad.
16        And all of a sudden he pulls over
17   again on the side of the road on someone's wooden
18   mailbox and gets out and he put the chain -- that
19   same chain there on that -- around that mailbox and
20   pulled the mailbox and -- well, we started pulling
21   the mailbox.  And I told him, "Man, you know -- I'm
22   on parole, man.  I don't want to be caught with you
23   doing this kind of stuff.  And if you going to be
24   acting this crazy, just take me back to the
25   apartment."  Because I'm on parole and I don't want

02:08:34

PAULA K. FREDERICK, CSR
(979) 361-4270

1   to be in no trouble going -- pulling down a mailbox

2   because that's, like, a federal -- I always thought

3   federal didn't want -- don't want, like, a cop to

4   pull us over for pulling a mailbox.  So he did.

5   After he pulled so far, he pulled over and unchained

6   the mailbox and was acting right.

02:10:08  7      Q.   Where were you while he was doing all of

8   that?

9       A.   In the front seat.

02:10:14  10      Q.   Now, at some point during the night of the

11   7th and early morning -- that would have been a

12   Sunday morning -- did you, Bill King, and Shawn Berry

13   come into contact with James Byrd?

14       A.   Yes.  We -- yes.

02:10:32  15      Q.   Okay.  Tell the jury about what y'all were

16   doing and how you came across Mr. Byrd.

17       A.   Well, we didn't have very much beer with us

18   because, like I said, we busted the cooler from

19   slinging around that corner.  And instead of going

20   back to the apartment Shawn said that he was going to

21   go back to the theater where he had all some -- the

22   beer stashed at and he was going to get the beer out

23   of the theater.  So we was headed to Jasper theater

24   from wherever that road was where we pulled that

25   mailbox down.  And we was going to the theater to

1    get -- like a resupply of beer instead of going back

2    to the apartment, and that's when we seen Byrd

3    walking on the side of the road.

02:11:16    4         Q.   Okay.

5         A.   Going to the theater.

02:11:19    6         Q.   Did y'all stop and pick him up?

7         A.   Yes.

02:11:22    8         Q.   All right.  Tell the jury how that came

9    about.

10        A.   Passed him on the side of the road.  Shawn

11   went around him, I don't know how many feet.  From

12   here to that wall or further -- about from here to

13   that wall.  And he stopped his truck and he got out

14   and King was telling him as he was getting out of the

15   truck, "Don't pick him up."  But he was using bad

16   words, man; and I don't want to say them.  And he

17   told him not to pick that guy up and -- hell, it

18   didn't matter to me I -- excuse me.

02:11:56   19        Q.   Did you know --

20        A.   I wasn't going to say nothing because it

21   wasn't my truck and it didn't bother me.

02:12:01   22        Q.   Did you know James Byrd?

23        A.   No.

02:12:02   24        Q.   Had you ever seen Mr. Byrd before in your

25   life?

PAULA K. FREDERICK, CSR
(979) 361-4270

179

```
          1          A.    No.

02:12:05  2          Q.    Okay.  And whenever y'all see Mr. Byrd, are

          3    the three of y'all still sitting in the front seat of

          4    the truck?

          5          A.    When we seen Mr. Byrd?

02:12:14  6          Q.    Yes, sir.

          7          A.    Yes.

02:12:15  8          Q.    Okay.  Finish your story.

          9          A.    So Shawn talks to him, I don't know, a good

         10    minute or two minutes; and the back of the -- you

         11    know walking towards the truck -- both of them is

         12    walking up on the truck now.  And then whenever they

         13    get to the back of the truck, Byrd steps up into the

         14    back of the bed and Shawn comes in and shuts the door

         15    and King tells him, "What are you doing?"  I can't

         16    say them cuss words to these people.

02:12:43 17          Q.    Tell the jury what happened.  That's what I

         18    want them to know.

         19          A.    He told him -- he said he didn't -- King

         20    told him he didn't want him -- he didn't want him in

         21    the truck.  So Shawn told him he was just taking him

         22    home and for King to relax over there.  He was just

         23    taking Byrd to his house.

         24                So he took off.  Now we're driving

         25    down the road.  And we didn't even go to get no beer
```

1   at the theater, that was -- that idea was just --

2   like, wasn't in our minds no more.  We was taking

3   Byrd home.  So we just take off down the road and we

4   see this gas station that was closed down.  It was, I

5   guess, after hours.  It was still in business, but

6   the lights and stuff was off.  And we stopped there

7   and everyone gets out to use the bathroom.  There in

8   that gas station -- and Shawn is laying there in the

9   bed of the truck talking to Byrd, and me and King is

10  in the front.  King is in the front using the

11  bathroom by the headlights.  King keeps telling me

12  that he's fixing to check Shawn for taking Byrd in

13  the truck with him, that he was fixing to go back to

14  the apartment, that he didn't want to be in there

15  with Byrd.

16          So Berry all of a sudden comes up to

17  the front of truck with and he says that his friend

18  wants to ride in the front because it was cold in the

19  back of the truck.

02:14:11 20      Q.   Let me stop you right there.  Up until that

21  time was Mr. Byrd in the back end of that truck?

22      A.   Yes.  Byrd was riding in the back by

23  hisself.  Me, King, and Berry was in the front.

02:14:22 24      Q.   Okay.  Go ahead.

25      A.   So we -- he said his friend wanted to ride

PAULA K. FREDERICK, CSR
(979) 361-4270

181

1 in the front because it was cold in the back. King

2 got even madder and said the only way he was going to

3 get in the back of that truck was if Shawn would take

4 him straight to the apartment. So Shawn said he

5 would.

6       And I didn't want to leave my, I

7 thought was my friend, in the back, King, so I got

8 back there with him. Well, Shawn and Byrd was in the

9 front.

10       So we go back to the apartment, and

11 King gets out -- jumps out -- off the side of the

12 truck and runs up to the apartment. And I get out on

13 the -- where Berry's door is. And Berry is telling

14 me to go up there and tell King to calm down and get

15 in the truck and that as soon as we take Byrd home

16 then we was going to try to find them girls' houses

17 again.

18       So I go up the stairs and go in the

19 apartment and told King exactly what Shawn said:

20 Just relax, it ain't no big deal, we going to take

21 him home and look for that girls' house.

22       He didn't want to at first. I guess I

23 stayed up there seven or eight minutes trying to talk

24 King into going, and finally I talked him into going

25 with me and Shawn to the Byrd home.

182

1    So -- but King said he was going to

2  get some beer before we left so we got a miniature

3  cooler, put like six or seven, eight beers inside the

4  cooler -- just a little old miniature cooler.  Before

5  we left, though, King said that he wanted me to wear

6  a sweater because he was wearing a sweater and it was

7  cold in the back of the truck.  So he threw me, like,

8  a gray sweater and he put on a gray sweater, too, and

9  come down the stairs.  He was carrying a cooler, got

10  in the back of the truck.  And, of course, he was

11  cussing -- he wasn't cussing that bad until we got

12  going down the stairs within Shawn's range where he

13  could more or less -- Shawn could hear him cussing or

14  Byrd -- I would imagine Byrd and Shawn could hear him

15  cussing.

16    So we get in the back of the truck and

17  we take off.

02:16:34  18    Q.  Okay.  Where did you head?  Did you know

19  where y'all were going?

20    A.  I didn't know.  Like I said, I thought --

21  from what Berry said we was taking Byrd home.  That's

22  all -- that's -- by that point, that's all I knew

23  right there is taking Byrd home.

02:16:49  24    Q.  Now, tell the jury where you headed.

25    A.  We were taking Byrd home as far as what

PAULA K. FREDERICK, CSR
(979) 361-4270

183

1    Berry was telling me.  And it was a good, I don't

2    know -- I don't -- couldn't even -- I would say about

3    a 20- or 30-minute drive, and we were on that road --

4    like an oil drop road or -- really it was like -- it

5    didn't even look like a road.  It looked like a bunch

6    of ruts.

7              And we turned down that bumpy road --

8    that dirt road, and I asked King -- I said, "Man,

9    where in the world --" actually I said, "Where in the

10   hell are we going," because I didn't think nobody

11   would be living, like, way down there.  And King said

12   that he knew that that land belonged to Shawn --

13   Shawn's granddaddy or daddy's land and that's where

14   we was going.  And that's all King said to me.  I was

15   still under the impression we were taking Byrd home.

02:17:50   16        Q.   Had you ever been out to that area before?

17        A.   No.

02:17:52   18        Q.   Okay.  Now, once you -- you get out there,

19   do you leave the black top road or the asphalt road

20   at some point?

21        A.   Did we --

02:18:05   22        Q.   Did y'all wind up going down an old dirt

23   road -- a logging-type road?

24        A.   I really couldn't tell you.  Only thing I

25   can tell you is that the road that caught my

PAULA K. FREDERICK, CSR
(979) 361-4270

1    attention was that -- didn't even look like a road.

2    Looked like a bunch of ruts and stuff.  Because I'm

3    in the back.  I wasn't paying really attention which

4    direction the road -- the oil top road.

02:18:29   5       Q.    The road you was on was very rough?

6       A.    Yes, it was rough.

02:18:33   7       Q.    Okay.

8       A.    I mean, it wasn't -- I wouldn't consider

9    that a road because ...

02:18:39   10      Q.    About how far --

11      A.    Like a ditch or a rut.

02:18:42   12      Q.    About how far down that road did y'all

13   drive, to the best of your memory?  Did you go -- was

14   it a pretty good ways back up in the woods?

15      A.    Yes, it was a good ways.  Like I said, I

16   didn't think nobody lived out there -- like out in

17   that kind of environment where it's that much thicker

18   woods.

02:19:01   19      Q.    Did you have any earthly idea of why y'all

20   were going down that road?

21      A.    No.  I'm still under the impression that

22   Berry is taking Byrd home and that King told me once

23   we turned down that hilly road that Shawn's daddy --

24   I can't remember.  His daddy or granddaddy -- owned

25   some land out that way and that he was familiar with

PAULA K. FREDERICK, CSR
(979) 361-4270

02:20:23

02:20:25

02:21:07

02:21:13

1    of the back of that truck.  I'm not sure if it was

2    before or after --

3         Q.   Are you --

4         A.   -- when I took my first --

5         Q.   Are you a big drinker?

6         A.   No.  Matter of fact, I didn't start -- from

7    the time I got out of prison all the way up till

8    about -- well, until we stole all that beer, took it

9    to Tommy Faulk's house -- that was, like, the first

10   night I took my first drink of beer since I got out

11   of prison.  But the whole time I'm at King's

12   apartment from the time I can get there that's all

13   them people did.  That's all they kept in their ice

14   box was beer -- racks and racks and racks of beer.

15   And they have -- people come over after Shawn got off

16   of work -- house full of people bring quarters and

17   drink beer, and I just stood there more or less alone

18   smoking cigarettes while they drank their beer.

19        Q.   Okay.  Let me --

20        A.   That's basically why we went -- can I say

21   that about the food?

22        Q.   Yes, sir.

23        A.   Because every day I complained about King

24   not having no groceries in the house, and I was

25   hungry.  And his girlfriend Kylie and Courtney, Lewis

PAULA K. FREDERICK, CSR
(979) 361-4270

1    Berry's girlfriend -- they would bring me, like,
2    hamburgers and tacos from fast food restaurants, to
3    eat.  And then that one night -- that's whenever I
4    told them, "Man, we got to get some groceries.  Y'all
5    going to have to get some groceries.  I'm hungry."
6    You know, because I ain't in, like, two or three
7    weeks.  "Y'all ain't had no food to eat."  So they
8    said, "Well, come on."  Shawn and King said, "Come
9    on.  We'll go get some groceries.  You want some
10   groceries?  We'll get you some groceries."  First --
11   like a motel -- went to a motel and we jumped over,
12   like, a rail around the swimming pool and went there
13   and tried to get something to eat out of this motel
14   room which nothing was in there -- was a bunch of
15   potato chips, corn chips, and Doritos -- about 50
16   bags of chips.  And we took all them chips, and I
17   told them, "Man, this -- can't live off chips, man.
18   This ain't nothing."  So then they had the bright
19   idea of doing that steak house.  That's where we got
20   the meat.  And then that's basically why -- how and
21   why the meat come up because I was complaining about
22   there wasn't no food to eat and they wanted to, I
23   guess, be big shots and go for the steaks at the
24   steak house instead of something -- a small something
25   to eat.

02:22:52  1        Q.    Now, we're going to go down this logging

2    road.  Okay?  Do you recognize that?

3        A.    Yeah, but that messes me up.  I can't read

4    that kind --

02:23:00  5        Q.    No.  What I'm saying --

6        A.    I recognize the lines, yeah.

02:23:05  7        Q.    And have you ever seen that logging road

8    during the daytime?

9        A.    No, not during the daytime.  Just that

10   night.

02:23:12 11        Q.    Did you ever see this area anywhere out

12   there during the daytime?

13        A.    No.

02:23:16 14        Q.    Okay.  Now --

15        A.    Well, the film they showed the other day.

02:23:20 16        Q.    Well, I understand; but have you ever been

17   out there during the daytime?

18        A.    No.

02:23:23 19        Q.    I want you to tell the jury -- y'all start

20   going down this logging road, you and King are

21   sitting in the back smoking and drinking.  What

22   happens whenever you get -- I'm going to tell you

23   that you -- when you stopped that truck somewhere

24   around in there?

25        A.    I don't know.  Right about in there the

PAULA K. FREDERICK, CSR
(979) 361-4270

1    way -- that's not very clear to me.

02:23:43   2         Q.    Well, tell the jury --

3         A.    We go all the way down that bumpy, hilly

4    road, ditch, or whatever it was.  Shawn gets down

5    there and the road is not very wide, probably as wide

6    as the truck itself.  And that's it.  And he gets all

7    the -- goes down as far as he was going and he turned

8    it around and put it in reverse and back up like

9    running off of a cliff right to a ditch and turned

10   the truck around all the way into the next direction.

02:24:17   11        Q.    Okay.  What happens --

12        A.    And he stopped.  And whenever he stopped,

13   King gets up on the bed and jumps out the back and,

14   like, walking around from riding that far.  And I

15   looked at that sliding glass window and I asked

16   Shawn -- I said, "Man, what in the hell are we doing

17   out here?"  You know, because didn't seem right to

18   me.  And he -- he told me -- he said he was trying to

19   get us some juice, just to be quiet.  And he

20   slammed -- didn't slam but he slid the glass door

21   shut on the window.

22             So I go back there and I tell King,

23   "Man, what is the deal with juice?  What is juice?"

24   And then King explained to me -- that the steroids

25   that Shawn was using that he had purchased -- ended

PAULA K. FREDERICK, CSR
(979) 361-4270

1  up giving me the shot -- the steroids, that's what he

2  was talking about, the juice.

3          So after that, more or less, me and

4  King sat on the tailgate; and we was just --

02:25:16  5      Q.   Was there a tailgate on that truck?

6      A.   No, there wasn't no tailgate.  We was just

7  sitting there.  I can't remember the conversation we

8  was having.  We was just sitting there.  All of a

9  sudden I told him -- I said, "I got to take a leak,"

10  or use the restroom.  So I go over to the driver's

11  side, like to the back fender wall.  And I'm using

12  the restroom; and King starts using the bathroom,

13  too, except for he starts trying to show me his

14  private parts.  So I, you know, pull my pants up and

15  zip my pants up.  And I reached over inside the bed

16  of the truck and I grabbed the paint -- can of that

17  black spray paint.

02:25:58  18     Q.   Right.

19     A.   And I told him if he didn't stop trying to

20  show me them -- his thing that I was going to spray

21  it.

02:26:06  22     Q.   What does it mean to get busted or -- what

23  do you -- I forget the term you use.  What does it

24  mean if you --

25     A.   In prison that's what they call burning

1  someone up whenever you show them your private part

2  and they glance down.   That's considered you burned

3  that person up because they seen your private part.

02:26:25  4       Q.   Okay.

5       A.   And basically that's what he was doing, was

6  trying to burn me up.   In other words, he was trying

7  to get me to look at his thing.

8            So after he turned around -- I still

9  had the paint can in my hand, and I just started -- I

10  was spraying the leaves on the side of the truck

11  where I was using the bathroom at.   And then all of a

12  sudden here comes Byrd out of the passenger side and

13  is walking back there where me and King was.   And he

14  says he wanted to smoke; and he said, "Let me smoke

15  with you white boys."   And I'm still spraying the

16  leaves -- I ain't painting nobody.   Then all of a

17  sudden I hear some glass break and that's what made

18  me look around.   And whenever -- instantly after I

19  heard that glass break -- as soon as I looked around

20  and King and Byrd was fighting --

02:27:15  21       Q.   Okay.

22       A.   -- right there at the back of the truck on

23  this side of the back.

02:27:19  24       Q.   Where were you whenever you heard the glass

25  break?

1       A.   On just the opposite side -- on the

2   driver's side where the fender was.

02:27:28   3       Q.   Okay.  Go ahead.  King and Mr. Byrd are in

4   a fight.

5       A.   Yes, they're fighting.  I don't know what

6   to do.  I go around the side of the truck, and

7   there's still no exchanging of fists -- hitting each

8   other in the face.  So I -- when I cleared the -- go

9   around the corner of the truck, I put my hand on the

10   truck and I tried to kick Byrd in his side.

02:27:58   11       Q.   Okay.  Did you make contact with Mr. Byrd?

12       A.   No.  I may have.  I'm not going to lie.

13   But I just kicked one time, and I hurt my toe.

14   That's how I hurt my toe.

02:28:10   15       Q.   Now, let me stop you right there.  You had

16   previously talked to the FBI back before --

17       A.   Yes, I know.  I told them that that's not

18   how it happened.

02:28:20   19       Q.   Did you lie to them about --

20       A.   Yes.  I told them that -- yeah.  I told

21   them that I hurt it picking up some beers out of the

22   ditch.

02:28:32   23       Q.   Okay.  So you hurt your foot.  Then what do

24   you do?  Or -- is Mr. Byrd and Mr. King still engaged

25   in a fight?

```
 1        A.    Yes.   That did stop whenever I kicked -- I
 2   was trying to hit him in his side -- in Byrd's side
 3   because I wasn't going -- trying to break them up and
 4   then step in the middle of their fists swinging so I
 5   thought if I kicked him he would move out of the way
 6   and turn his attention toward me and they would stop
 7   long enough to get his attention broke up so they
 8   wouldn't be fighting.
 9        Q.    Okay.   Let me stop you again.   Whenever you
10   tried to kick Mr. Byrd, did you intend to kill him
11   with that kick?
12        A.    No.   I told you I tried to just -- that's
13   the reason I -- I was kicking -- I wasn't going to
14   kick King and I wasn't fixing to step in between the
15   fistfight -- throwing fists, exchanging punches.
16        Q.    My question is:  Did you intend for
17   Mr. Byrd to die at that point in time?
18        A.    No.   I was trying to break up the fight.
19        Q.    Okay.   Now keep going.
20        A.    As soon as that pain got in my toe from
21   that one kick, I reached down to grab my toe and kind
22   of hobbled around for a couple of feet.   And I still
23   had the spray paint in my hand is whenever -- and I
24   guess just reaction or -- from the pain it made me --
25   I come up and sprayed Byrd in his face.
```

02:28:58

02:29:20

02:29:27

PAULA K. FREDERICK, CSR
(979) 361-4270

02:29:55   1          Q.   Okay.  When you sprayed Mr. Byrd in the

           2   face with that spray paint, did you intend to cause

           3   his death?

           4          A.   No.  I was just trying to break them up.

02:30:07   5          Q.   Okay.  What happened next?

           6          A.   After I sprayed him in his face, then King,

           7   like, grabbed me -- like, don't do that.  Don't be

           8   spraying no one in the face.  And he grabbed me,

           9   like, around my arms; and I still had the paint can

          10   in my hand.

          11              Shawn had come around the side of the

          12   truck; and about the time that King had grabbed me,

          13   that's when I heard the snapping of Shawn's knife.

          14   He always carried, like, a chrome-plated stainless

          15   steel knife.

02:30:36  16          Q.   Okay.

          17          A.   And he popped it open; and whenever I heard

          18   that popping sound -- and then that's whenever I'm,

          19   more or less, loosened up from being -- trying to get

          20   out of King's hold while Byrd still waiving his hands

          21   up like this right here.   (Indicating)

          22              Shawn come around with that knife.  I

          23   guess he cut his throat because that's what it

          24   appeared to me because as soon as he made that

          25   sweeping motion it was, I guess, like -- everything

1   stood still for a minute -- everyone lost everything.

2   Byrd slid down the side of the truck, King let me go,

3   I dropped the paint can.  I walked to the front of

4   the truck and made a U-turn and the door was still

5   left open and I got inside the truck and I smoked

6   me -- lit me a cigarette trying to -- because I had

7   never seen no one get -- anything like that as far as

8   the knife cut.

9          So I'm sitting in the truck and I'm

10  smoking a cigarette and he -- King -- five or ten

11  seconds after that King gets in the truck, too.  And

12  I scoot over, and King gets in and shuts the door.

13  And about the time he shuts the door that's whenever

14  we hear the chain come out of the back of the

15  truck -- rattling vibrating the truck.  And I'm not

16  thinking -- the only thing I am personally thinking

17  is that -- does he want to use that chain to pull a

18  tree or stump or whatever just like he did that

19  mailbox that we had just got through doing in Jasper.

20  So nothing is said about -- nothing about where the

21  chain was hooked to or nothing.

22          So Shawn gets in the truck and we take

23  off, and then -- I don't know how far we went.  I

24  guess -- for like -- just getting the truck out of

25  second gear -- I don't know how far it was.  We went

1    down just a little short way.  And all of a sudden

2    Shawn makes the statement that his chain had come

3    off.  He said, "Well, hang on.  My chain just come

4    off."  And he backs the truck up.  Whenever he backs

5    the truck up, he stops.

02:32:59    6        Q.   Did you get out of the truck at any time

7    whenever that truck stopped?

8        A.   No.  Shawn got out, and he was -- I seen

9    him, like, feeding the chain from underneath the

10   truck.  But I also noticed Byrd's body was not no

11   longer on the side no more.  It was in, like, the

12   center of the road with his -- he didn't have -- his

13   arm was like a straight body figure.

14            But -- I don't know what you're

15   looking for.  That's what Shawn was feeding the chain

16   through the thing.

02:33:37   17        Q.   Let me back up.  Prior to this point in

18   your testimony did you, Bill King, or Shawn Berry

19   pull Mr. Byrd's pants down around his ankles to

20   somehow bind him or --

21        A.   No.

02:33:53   22        Q.   -- restrict his movement?

23        A.   Shawn kept feeding the chain -- got

24   finished pulling the chain through there.  I was

25   looking through him -- I had the sliding glass window

1   pushed open.   I was looking to see what he was doing

2   as he fed the chain through -- underneath the truck.

3   Then he started kicking Byrd.   I don't know where he

4   was -- I couldn't see him from, like -- I was -- say

5   from his chest up, I couldn't see him; but I know

6   that Shawn was kicking him a three, four good times.

7           And I turned around -- I told King --

8   I said, "Man, tell him to leave the guy alone, man.

9   Let's get the hell out of here, man.   He's already

10  cut his throat now he's over there kicking him."

11          So that's when King opened his door

12  up -- King opened his door and stood out there and he

13  told Shawn to get his ass in the truck and to leave

14  him laying there.   And Shawn was, like -- he was

15  trying to catch his breath and grabbed Byrd by his

16  pants leg -- I say about where your gaps are.   And he

17  slung him around and put -- I did not see him tug tie

18  the chain to the -- Mr. Byrd's leg but I seen him

19  sling him around and bent over as if he was putting

20  the chain to his legs -- tying the chain to his legs.

02:35:11  21       Q.   What happened next?

22       A.   When Shawn got inside the truck, I said --

23  I personally told Shawn -- I said, "Man, you're not

24  fixing to drag this man like you did them mailboxes,

25  are you?"   And he told me he knew where he was

1    taking -- that he knew where he was taking him and

2    for me not -- just to be quiet.

3             So we take off going down that road

4    and then -- yeah, we made a turn after we got off

5    that bumpy road -- made a turn.

02:35:46    6    Q.    As you're going down the road, tell the

7    jury what happened.

8             Let me ask you this:  From the time

9    that Shawn Berry cut Mr. Byrd's throat did you ever

10   hear another sound or another noise out of Mr. Byrd?

11   A.    No.  The last words I heard or the last

12   sound -- the words, however you want to say it --

13   was, "Let me smoke with you white boys"; and that was

14   it.  That was all that I remember -- that was from --

15   from the time we left the apartment that's all I

16   heard Mr. Byrd say was at that point, "Let me smoke

17   with you white boys."  And I assumed that -- I don't

18   know how -- what happened, but that was his exact

19   words.  He come back there, I guess, wanting a

20   cigarette I guess.

02:36:39  21   Q.    Did -- once you get out on the road where

22   you say you make the turn, tell the jury what

23   happened.

24   A.    We take off down the road, and we're still

25   going.  And then whenever he hits that culvert, I

1  told Shawn again, "Man, pull the truck over."  I look

2  back and I thought he had come off right there.  I

3  didn't know that if -- that he had lost his arm and

4  his head.  And I told Shawn to pull over -- man;

5  that's it; to pull over and take the man off.  And he

6  said that we was almost there and not to worry about

7  it.

8         So we go to, like, a -- he's still

9  driving the truck.  After even -- even after it was

10  over with, you know -- I mean, everyone in that truck

11  knew that something had happened because it felt like

12  the rear end or the transmission had fell out.

02:37:31  13      Q.   Okay.

14      A.   And I tried to tell him, "Take it off

15  the" -- about second or third time I told him.  And

16  then he went to, like, a paved road and he made a --

17  it was, like, a main highway.  And I told him, "Man,

18  let's -- let's let him go, man, and go on home since

19  we're right there on the highway."  And he wouldn't

20  do it.

21         He made the U-turn like he missed his

22  turn, spun around on that highway -- turned around

23  and he went straight to that church yard.  And when

24  he went into the church yard, it was, like, almost

25  run through their church wall on that church house

PAULA K. FREDERICK, CSR
(979) 361-4270

1    and slid -- like slid on his brakes before he get to

2    the church.

3              And instantly King opened his door up

4    and he got out of the truck.  He walked around -- he

5    told Shawn that if he didn't straighten his drunk ass

6    up that he was fixing to make Shawn walk and he would

7    drive his truck and to get his ass over there to that

8    graveyard.  And he got back -- King got back in.

9              And Shawn backed up over Mr. Byrd

10   right there in that graveyard.  I felt -- I felt him

11   when he backed up over him like he didn't even -- I

12   don't know.  He just backed up over him and went

13   straight to the graveyard.  When he got to the

14   graveyard, King said, "Pull over."  And Shawn pulled

15   over; and King said, "Not here.  It's going to leave

16   tracks."  So he pulled up 2 or 3 feet -- 5 feet.  And

17   King got out, and King's the one that took the chain

18   off of Mr. Byrd's legs right there at the graveyard.

19   I guess King wanted the man to be at the graveyard.

20   That's it.

02:39:16  21        Q.   Did you know that there was a church and a

22   graveyard out in that area?

23        A.   No, I didn't know that.  Shawn just kept

24   telling me -- Shawn was the only one saying he knew

25   where he was taking him, and that's all that was

1    said.   That's the only knowledge I had.   Shawn said

2    he knew where he was taking him.

3              And when they got to the church -- I

4    guess that's where Shawn wanted to take him, was the

5    church; and King told him to take him over there to

6    that graveyard.

02:39:41  7        Q.   Did y'all ever have any discussions,

8    conversations, anything at all to where you had this

9    planned?

10        A.   No.

02:39:52 11        Q.   Did it come --

12        A.   After it was over with and -- King said on

13    the way home that if any -- if we ever get questioned

14    about this, we was supposed to tell the cops that we

15    was at the apartment, that his girlfriend had just

16    come over to the house.   Keisha Adkins was going to

17    cover it to make -- say that we was all three at the

18    apartment whenever all that happened.

02:40:15 19        Q.   Let me ask you -- let me ask you this:   The

20    story that you just got through telling this jury,

21    did you ever write that in a kite?   Did you ever send

22    that?

23        A.   No, because that's the truth; and King

24    didn't want -- you know, I guess he didn't want to

25    take it in the position that I don't know why he

PAULA K. FREDERICK, CSR
(979) 361-4270

1     didn't tell these people that when he got up here.

02:40:39  2       Q.   When y'all get back to the apartment, what

3     do you do?

4       A.   King goes -- King went straight to his

5     bedroom and Shawn went to the bathroom and I went

6     there in the ice box and I got a beer and I sit down

7     on the couch trying to relieve the pain on my toe and

8     try to calm my nerves on what had just happened

9     because -- I don't know how you say it.  I didn't

10     know how I was going to explain to anybody how -- I

11     didn't know how to explain to anybody being on parole

12     being in that situation I was just in.

02:41:10  13       Q.   How did you sleep that night?

14       A.   I didn't sleep at all until it got, like,

15     daylight.

02:41:15  16       Q.   Okay.  Why didn't you call Sheriff Rowles,

17     Chief Alexander, some law enforcement?

18       A.   I didn't know who to call.  I wouldn't even

19     call my girlfriend, to tell you the truth.  I was

20     worried.  I didn't -- I guess you could say you don't

21     know what to do until you get in that position and...

02:41:36  22       Q.   What was the right thing to do at that

23     time, looking back?

24       A.   I guess, like you said, to call the police.

02:41:49  25       Q.   Okay.  Now, later that afternoon -- or

1    let's take you into the hours of Sunday during the

2    day.  Where is the chain whenever Mr. Bill King gets

3    through unchaining Mr. Byrd?

4        A.    Puts it in the back of the truck.  I don't

5    know exactly what location.  But I do know that as

6    soon as it got daylight I went -- I had done smoked

7    up everyone's remaining cigarettes in the house --

8    there wasn't no cigarettes.  And I went out to the

9    truck looking for cigarettes.  I moved everything

10   around in the cab and in the back of the truck

11   looking for cigarettes because me and King was in the

12   back of the truck and I didn't know if one or two --

13   however many cigarettes might have fell out that

14   night.

02:42:35   15        Q.    Okay.  Let me ask you this:  You told the

16   jury that when y'all were still back on the logging

17   road when Shawn Berry said that his chain came undone

18   that you turned around and you saw Mr. Byrd back

19   there.  From that point did you ever see Mr. Byrd's

20   body again?

21        A.    No.  I seen whenever King was undoing his

22   ankles, but I didn't see his full body.  I seen the

23   back of King's back bending over -- and I don't want

24   to look at them pictures.

02:43:11   25        Q.    Well, you're going to because I'm going to

PAULA K. FREDERICK, CSR
(979) 361-4270

1  ask you if you've ever seen this before.  I want to

2  know if you've ever seen State's Exhibit 1A.  Have

3  you ever seen that?  Have you ever seen State's

4  Exhibit 1?

5      A.   I don't want to look at them.

02:43:33  6      Q.   Have you ever seen State's Exhibit 1B or

7  any of these photographs, Russell?

8      A.   I don't want to look at them.  You know I

9  don't know that stuff, man.

02:43:45 10      Q.   Did you intend for this to happen?  Did

11  you --

12      A.   No, I did not intend -- I intended to break

13  up the fight; and had I known that there was the

14  results, I would have went to the cops.

02:44:00 15      Q.   Prior to today have you ever seen those

16  photographs?

17      A.   I can't handle it.

02:44:05 18      Q.   Have you ever seen those photographs prior

19  to today?

20      A.   No, I haven't; and you know that.

02:44:11 21      Q.   Okay.  Did you see Mr. Byrd's body out

22  there that night?  All I want is for you to tell the

23  jury --

24      A.   I didn't see it looking like that.  I seen

25  him whenever Byrd (sic) was kicking him.  That's the

PAULA K. FREDERICK, CSR
(979) 361-4270

1  last close-up I seen of him. Then I seen King

2  bending down taking the chain off of him.

02:44:29  3      Q. Okay.

4      A. And I seen nothing looking like that.

02:44:31  5      Q. All right. Let me ask you this: The next

6  day is Sunday. You stayed up all night, you get up

7  the next morning, you go out to the truck and look

8  for a chain -- I mean, cigarettes. The chain is

9  still in the truck; correct?

10      A. Yes, the chain is still in the truck.

02:44:47  11      Q. How did the chain get washed? Who went and

12  washed the truck?

13      A. I don't know who went to wash the chain. I

14  know Shawn and King were at the theater to wash the

15  truck.

02:44:57  16      Q. Okay. Did you participate in washing the

17  chain?

18      A. No.

02:45:02  19      Q. Okay.

20      A. The chain -- I seen the chain back there

21  Sunday morning whenever I was looking for them

22  cigarettes, and that was the last time that I had

23  seen the chain in that truck.

02:45:14  24      Q. Okay. Did you participate in hiding the

25  chain?

1    A.    No.  I didn't know the chain was even here.

2  I didn't -- wasn't even looking for the chain.

02:45:29  3    Q.    Okay.

4    A.    I know that I had moved the chain around

5  Sunday morning, but other than that I didn't have --

6  I didn't have no reason to even look for that chain.

02:45:38  7    Q.    Okay.  Now, as far as the tire on Shawn

8  Berry's truck -- tell the jury about the tire and how

9  it got flat and all of that.

10    A.    The tire got flat out at Wildwood when we

11  was cleaning that land.  We run over, like, a stick

12  or something -- stump, whatever y'all call them

13  things sticking out of the ground.  It hit, like, a

14  sidewall on there.  And we got it as close as we

15  could, out there at Wildwood, to that guard station.

16  Like he said, we got Fix-A-Flat and put it in there

17  and jacked up the truck to change the tire.

02:46:14  18    Q.    Was that at the theater?

19    A.    Where?

02:46:16  20    Q.    Was it at the theater?

21    A.    No.  It's the flat at the -- at Wildwood.

22  The reason he jacked up the truck at the theater was

23  because King told Berry that he needed to change the

24  front tire because it was the odd ball tire.

02:46:32  25    Q.    Okay.  Did you participate?

PAULA K. FREDERICK, CSR
(979) 361-4270

1      A.   And that was the front driver's side -- the

2   flat one on Wildwood.

02:46:37  3      Q.   Who took the tire and hid it behind the

4   screen?

5      A.   I didn't know nothing about that until

6   y'all asked me about that.  I didn't see no one hide

7   it, or I don't know why they would even hide it.

02:46:59  8      Q.   Okay.

9      A.   I was at the theater whenever Shawn Berry

10   and his girlfriend come over and the tire was put in

11   that white car -- Shawn Berry's girlfriend's and they

12   went to get another tire.  And I remember the truck

13   being jacked up and I had to stay at the theater -- I

14   guess I didn't have to.  I was trying to get cleaned

15   up with Shawn because Shawn and King had went to wash

16   the truck.  It was just like -- I don't know how to

17   say this.  A lot of stuff going on and the theater

18   wasn't getting cleaned up and it fixing to open for

19   the night and it was still messed up.  So I was, I

20   guess, left in charge of cleaning it while they went

21   to wash the truck.  And when they come back, Shawn

22   and his girlfriend went to get that tire.  And I was

23   there.  And after they washed the truck, that's when

24   me and King went to Tommy's house.

02:47:53  25      Q.   Did you see Bill King take that chain out

PAULA K. FREDERICK, CSR
(979) 361-4270

1    back and hide it when y'all went to Tommy's house?

2        A.    No.   Whenever we got there, we pulled up to

3    the -- like almost to the back on the side and I got

4    out and King got out and -- I just went straight up

5    there and Tommy's back door was open and I went in

6    his house and when I went in, I looked in the living

7    room; and he was picking up beer cans and

8    straightening up his living room.   And I told him, "I

9    got to use your bathroom."   And I went straight into

10   his bathroom and was taking -- you know, using the

11   restroom.

12        Whenever I got out, King was in the

13   living room and they got on the phone and King

14   started asking him if he heard what happened that

15   night -- not that night but, you know, Sunday

16   night -- Sunday morning.   And he said he didn't know.

17   And I don't know who he was calling.   I guess someone

18   to find out if it had come over the radio about what

19   had happened the night before.   We wasn't there,

20   about, five or maybe ten minutes and we got in the

21   truck and we left.

22        But King did not come in with me.   I

23   went in by myself; and, like I said, I went straight

24   to the bathroom in front of the back door.   And I

25   used the bathroom.   When I came out, King was already

1   in the house.  There's no telling.  He -- I would say

2   he's the one that took it there.

02:49:15  3       Q.  Let me -- this is my last question.  Did

4   you intentionally engage in the kidnapping of James

5   Byrd and intend to cause his death?  Yes or no.

6       A.  I didn't mean to cause his death.  I had no

7   intentions of doing -- killing nobody, and I don't

8   know what you mean by kidnapping.  What are you

9   saying kidnapping?

10          MR. WALKER:  We pass the witness, Your

11  Honor.

12          THE COURT:  All right.  We're going to

13  take a 20-minute recess.  I'll ask the defendant if

14  you'll step back over to your counsel, please.

15          Ladies and gentlemen, you may retire

16  to the jury room.

17          (Recess taken)

18          MR. HARDY:  May I begin?

19          THE COURT:  Yes, sir.

20               CROSS-EXAMINATION

21  BY MR. HARDY:

03:12:25  22      Q.  Mr. Brewer, you stated that you were a

23  runaway as a juvenile?

24      A.  Yes, sir.

03:12:30  25      Q.  About when was that?

PAULA K. FREDERICK, CSR
(979) 361-4270

1       A.   Back in my younger days whenever I was 12,

2   13, 14 years old, I guess.

03:12:40   3       Q.   Okay.  How old were you in 1983?

4       A.   How old would that be?

03:12:52   5       Q.   I'm asking you.

6       A.   Can I get a pen and paper?  I'm not that

7   good at math.

03:13:02   8       Q.   How old are you now?

9       A.   How old was I?  I don't know --

03:13:05  10       Q.   How old are you now?

11       A.   Oh, excuse me.  Thirty-two.

03:13:09  12       Q.   All right.  So 16 years ago you would have

13   been about 16?

14       A.   I guess.  If that's what the figure is,

15   yes, sir.

03:13:19  16       Q.   Okay.  Were you placed on juvenile

17   probation as a runaway?

18       A.   Yes, I was placed on probation for running

19   away.  Yes.

03:13:30  20       Q.   Okay.  Did you go to -- about two or three

21   months later did you go to TYC?

22       A.   Oh, yeah.  Yes, sir.

03:13:39  23       Q.   What for?

24       A.   For running away.

03:13:41  25       Q.   Again?

PAULA K. FREDERICK, CSR
(979) 361-4270

1       A.   Yes.  I kept running away.  They considered

2   it runaway.  We lived, like, 5 miles out of town --

3   Cooper.  We lived in Klondike; and all my friends

4   lived in Cooper, that I went to school with.  And

5   instead of coming home Friday on the bus, I would

6   spend the weekend in town.  And I would come back

7   home on Monday.  And my mom said that she didn't want

8   that to happen, she wanted me home so that's why I

9   was considered a runaway.

10       Q.   You didn't consider yourself running away?

11   Is that what you're telling the jury?

12       A.   Yes.  That's runaway.  Run away from home

13   when you're supposed to be there.  Stayed away from

14   home.

15       Q.   All right.  And you recall when you got out

16   of TYC?

17       A.   I remember when I got out of TYC, yes, sir.

18       Q.   Okay.  About a year later you were arrested

19   for a burglary in Delta County; is that correct?

20       A.   Delta, yes, sir.

21       Q.   Okay.  And a little bit after that you were

22   placed on probation for that burglary; is that

23   correct?

24       A.   Uh-huh.

25       Q.   Okay.  And a little bit after that you

03:14:08  10
03:14:19  15
03:14:30  18
03:14:37  21
03:14:50  25

1    committed another burglary; is that correct?

2         A.   Yes.

03:14:55   3         Q.   Okay.  Were these burglary of a habitation?

4         A.   Some of them were.  On one occasion me and

5    these other two guys burglarized, like -- out there

6    in Klondike they have maybe -- car lot, maybe 10 or

7    15 cars.  Went out there one night and raised the

8    hood and stole some parts off the motor; and they

9    said that was, like, an auto theft for stealing the

10   car parts.

03:15:22   11        Q.   Okay.  Well, tell me about the houses you

12   burglarized.  That's what you ended up going to the

13   penitentiary for, wasn't it?

14        A.   Yes.

03:15:29   15        Q.   Okay.  Tell me about the houses you

16   burglarized.

17        A.   What about them?

03:15:34   18        Q.   Well, what did you do?  Did you crawl in

19   through the window, did you kick down the door?

20        A.   No.  I went through the door on one of

21   them.

03:15:41   22        Q.   What about on the other one?

23        A.   That same entrance on all of them.  I went

24   through the door.

03:15:47   25        Q.   You always went through the door?

1    A.    Uh-huh.   On that first time the door was

2 open.

03:15:50    3    Q.    What did you take?

4    A.    On that first one I personally took what

5 they call a snake charmer -- like a .410 shotgun and

6 there was a .32 pistol and a .22 pistol; and that was

7 all I took.

03:16:09    8    Q.    Okay.   And you went to the penitentiary for

9 how long on that one?

10    A.    On that specific one?

03:16:19   11    Q.    Yes, sir.   First time you went to the

12 penitentiary.

13    A.    First time I went to the penitentiary?

03:16:26   14    Q.    Yes, sir.

15    A.    What's the question?   First time I went to

16 the prison?

03:16:30   17    Q.    How long were you sentenced for?

18    A.    Oh, the first time I had burglary they give

19 me ten years' probation for the burglary that I

20 didn't do.   I don't know how long -- several months

21 after that I was on probation for ten years.   I

22 burglarized again except this time it was, like, two

23 or three -- two or three houses and, like -- other

24 than that small town in Klondike they, like, a --

25 what they consider a fire department.   And me and

214

1    this other guy went in there and took some change and

2    a couple of sodas and that was it.

03:17:15  3        Q.    Okay.  Were you ever sent to a restitution

4    center for burglary?

5        A.    For burglary?  I may have been.  I know I

6    was at a restitution center, but I can't remember if

7    it was for a burglary or sent there because maybe I

8    wasn't paying my restitution that was judged on me

9    whenever I burglarized -- restitution, court costs --

10   and I think that's why I was sent there, to the

11   restitution center.  But it may be, like you said,

12   one of them burglaries.

03:17:47  13       Q.    Okay.  And did you get your probation

14   revoked for leaving the restitution center without

15   permission?

16       A.    Yes, sir.  I come -- I left the restitution

17   center in Texarkana and went back to Sulphur Springs

18   for a couple of days -- I think the weekend.  Then I

19   come back; and whenever I come back, they had took

20   all my property out of my room there at the

21   restitution center and arrested me and revoked me for

22   leaving without what they call a pass -- a legal

23   pass -- a weekend pass.

03:18:21  24       Q.    Well, you knew you had to have a pass to

25   leave, didn't you?

PAULA K. FREDERICK, CSR
(979) 361-4270

1    A.   Oh, yeah, I knew I had to have a pass; but

2    it was just -- I wanted to go home to see my people,

3    and I just took it on myself to leave.

03:18:34    4    Q.   Okay.  And you were sentenced to seven

5    years for burglary; is that correct, in the

6    penitentiary?

7    A.   After the ten years -- Judge told me ten

8    years' probation, I burglarized again; and he gave

9    me -- took the ten years away and said, "We'll just

10   give you seven years TDC time since you burglarized

11   again."

03:18:55  12    Q.   How long did you spend in jail at that

13   time?

14   A.   Six or seven months.  Then they sent me to

15   the Hilltop Unit, and I did another six or seven

16   months.

03:19:10  17    Q.   Okay.  And you were paroled; is that

18   correct?

19   A.   Yes, sir.

03:19:12  20    Q.   Okay.

21   A.   Them crimes was committed, like, in

22   Klondike or Cooper -- in Delta County; and I went to,

23   you know, prison -- to TDC, and I made my parole

24   plans.  And instead of going back to that same

25   community, I switched to Snyder in Scurry County,

PAULA K. FREDERICK, CSR
(979) 361-4270

West Texas, because the environment -- my mom and dad

basically didn't want me paroled back to their house

because I had made, I guess, a reputation that their

son had done that.

So I paroled to my brother-in-law and

sister's house in '87.  And was doing good for two --

all the way up to '89.  Then that's when my

brother-in-law and me got into an argument and I

moved in with that bootlegger that was selling

cocaine and beer and stuff and the police run in

there and that's how I got the possession charge for

half a gram of cocaine for 15 years in '89.

03:20:13    Q.    Okay.  And were you released on parole

again?

A.    In '91.  From '89 to '91 -- two years give

or take six months.  I know it wasn't a year and a

half.  I know it was closer to two years.  Maybe a

little over two years.  Maybe 1991.

03:20:41    Q.    Okay.  And were you ever declared an

absconder regarding your parole conditions?

A.    Absconder?  What does that mean?

03:20:51    Q.    That means you run off, didn't report to

your parole officer, things like that.

A.    Oh, yeah.  In '93 that's whenever I was

sent to Beto I.  I went to jail in '93 because I was

217

1    in Fort Worth, and that's how I met that girl I

2    married in Fort Worth.  And, like -- didn't I explain

3    that before, that I married her and turned myself in

4    for the parole violation in '93?  Then in February of

5    '94 is when they sent me to Beto I.

03:21:21 6        Q.   Okay.  How long were you in Beto I?

7        A.   January 1st of '94 -- I say February, '94,

8    all the way up till 9/5/97.

03:21:36 9        Q.   Okay.  And since that time you were

10    arrested for this case that you're on now; is that

11    correct?

12        A.   Yes, sir.  Since I got out of Beto I this

13    is the first time I've been in jail, yes.

03:22:04 14        Q.   Would you look at both sides of what's been

15    marked State's Exhibit 117 and ask if that pretty

16    much characterizes your criminal history?

17        A.   Where does it start at?  Oh, on this side?

18        I'm kind of confused on how y'all got

19    this printed up.  Can I ask you some questions about

20    this?

03:22:48 21        Q.   No, sir.  You can just answer my question.

22        A.   Well, they're saying that --

23        MR. BURLOW:  Your Honor, I have to

24    object -- excuse me, Russell.

25        I have to object to him trying to get

1  Russell to testify from that document that's not

2  admitted into evidence.

3          MR. HARDY:  I'm asking if he can

4  identify it.

5          THE COURT:  The objection is

6  overruled.

7          MR. HARDY:  Thank you, Judge.

8          MR. WALKER:  Can I ask him just a few

9  questions on voir dire, Your Honor?

10          THE COURT:  No, not yet.  We still

11  need to ...

12          MR. WALKER:  Well, the question is

13  whether or not he can identify the document; and I

14  think I have a right to ask him if he's ever seen

15  that document before.

16          THE COURT:  Well, I don't think you

17  do.  You can ask him that on redirect.

18      A.    I understand this side and all the way up

19  to about right here.  (Indicating)  I'm stuck on that

20  word "absconded."  I think they put me in for,

21  like -- for parole violation, it's called whacking

22  up, for like 90 days.  And stuck me in one of them --

23  just for 90 days, a place called whacking.  Is that

24  what that's referring to?

03:25:26  25      Q.    Yes, sir.

1    A.    Pretty much, as far as my knowledge on that

2    backside, I'm still confused on them '83 and '87

3    dates.   If you can explain them to me.

03:25:37    4    Q.    Okay.   Says, '83 defendant placed on

5    juvenile probation --

6         MR. BARLOW:   Your Honor, I object to

7    Mr Hardy reading from --

8         MR. HARDY:   Judge, I'm trying to tell

9    him what he wants to know.

10         MR. BARLOW:   Your Honor, I object.   I

11    don't think there's anything in the rules that allows

12    a witness to question the lawyer and have the lawyer

13    then read from documents that have not been

14    introduced in evidence.

15         THE COURT:   The objection is

16    overruled.   Trying to get this identified.   So let's

17    try to get that done and move on.

18         MR. WALKER:   Your Honor, that would be

19    the purpose of my voir dire.   If he doesn't recognize

20    that document, he can't identify it, then it's

21    clearly not admissible.

22         THE COURT:   He's not asking him to

23    identify a document.   He's asking him to identify

24    what's on the document.   So that's -- that's not what

25    we're dealing with here.   So ...

1    MR. HARDY:  Maybe I can clear this up,

2    Judge.

03:26:22  3    Q.   Mr. Brewer, this is what me and you just

4    talked about here; isn't that correct?

5    A.   Yes, sir.

6    MR. HARDY:  Your Honor, at this time

7    the State would tender into evidence State's Exhibit

8    No. 117.

9    MR. BARLOW:  We object, Your Honor

10   under Rule 801 and 802.  This is hearsay and hasn't

11   been proved up as a government document or any other

12   exception to the -- under 806 to the exclusion of

13   hearsay rule.  It's merely a summary that's

14   apparently been typed up by someone.

15   THE COURT:  Are you offering it as a

16   government document or as a summary?

17   MR. HARDY:  No, Your Honor.  I'm

18   offering it as his criminal record that he has just

19   testified to and a summary of that, Judge.

20   MR. BARLOW:  We would object, Your

21   Honor.  It's not authenticated under the rules nor is

22   it proven up under the Rules of Evidence that require

23   the predicate to be laid for the introduction of

24   documents such as that, criminal histories.

25   THE COURT:  May I see it?

1          The objections are overruled.   117 is

2    admitted as a summary not as a government document.

03:27:09    3          Q.    (BY MR. HARDY)   Now, Mr. Brewer, when did

4    you come to Beto I?  What year?

5          A.    February of '94.

03:27:47    6          Q.    Okay.  And when you got there, you were

7    talking about standing against the wall for, what,

8    two days?

9          A.    Yes.  Yes.  Somewhere in there.

03:27:57   10          Q.    Did you ever go to the bathroom during that

11   two days?

12          A.    No.  Yes, I went to the bathroom.  When I

13   said standing against the wall, every time I entered

14   the day room, every time you go to any meals --

15   lunch, you know, all your three meals; the showers --

16   any time you come outside your cell to leave the cell

17   block itself, then you have to go in the day room

18   until they call that other day room.  On returning

19   from meals and shower, you sent in the day room until

20   there's an officer that will roll the doors and let

21   you in your cell.

03:28:24   22          Q.    Okay.

23          A.    And if you're in the day room, you're

24   supposed to be sitting down because the guards walk

25   by.  If you're not sitting down, they tell you you

1    need to sit down.

03:28:33  2         Q.   Okay.  When you talk about being cliqued

3    on, that means someone starts a fight with you; is

4    that correct?

5         A.   Two or more people, that's considered a

6    clique, yes.

03:28:42  7         Q.   Okay.  And so for two days you stood up

8    there and nobody cliqued on you; is that correct?

9         A.   Yes, sir.

03:28:49 10         Q.   Okay.  Now, how many gangs are at Beto that

11   you know of when you were there and at that time?

12        A.   There was several.  A lot.

03:28:59 13         Q.   Name a few of them.

14        A.   Crips and your Bloods and your numerous

15   amounts of Spanish people, but I don't know the names

16   for their -- for their gangs.  Then you got the a BC

17   and AB.

03:29:15 18         Q.   Okay.  And out of all that for two days

19   nobody tried to start a fight with you; is that

20   right?

21        A.   No.  I was approached by two Spanish guys

22   one on each side.  One of them was talking to me; and

23   I, more or less, was prepared for this other guy to

24   hit me.  I had been talking to this other guy.  And

25   they just asked me what I was going to do, if I was

223

1  going to give them a bribe -- what I was going to do.

2  And I told them I'm not giving them my commissary

3  because I didn't have very much money.  And if they

4  were going to do anything, they was going to do it

5  right there.  I wasn't approached.

03:29:52  6       Q.   So you pretty much called out these two

7  Hispanic guys; is that right?

8       A.   I didn't call them out.  They approached

9  me, wanted to know what I wanted.  I was wanting to

10  sit down on the bench like a normal person.

03:30:03  11       Q.   Well, you told them if they wanted to do

12  anything to get to it, didn't you?

13       A.   Yeah.  I told them this --

03:30:08  14       Q.   And they didn't get to it, did they?

15       A.   No.

03:30:11  16       Q.   That's because you were built pretty much

17  like you are in this picture right here, State's 105;

18  isn't that correct?

19       A.   I wouldn't say I was looking like that.

20  That's because I was working out every day plus I was

21  on some stuff -- them pills and vitamins and that

22  stuff -- Shawn give me that shot with.  I would say

23  that's why I'm built like that whenever I went into

24  the Jasper jail.  I was nowhere close to that when I

25  was in Beto I -- I wasn't looking like that, no.

03:30:58  1          Q.    But the fact of the matter is, however you

2    were built, in this big, bad Beto I you stood up

3    there for two days and only --

4          A.    I wouldn't say two days.  Maybe day and a

5    half, two days.  I would say only --

03:31:10  6          Q.    And only two people came up there?

7          A.    Yes, sir.

03:31:13  8          Q.    And you pretty much told them if they

9    wanted to do anything, to get to it, and they backed

10   off; isn't that right?

11         A.    Sir, they approached me.  They wanted to

12   know what I was going to do -- if I was going to give

13   a bribe -- what's considered a bribe when you give

14   them commissary.  My reply to them was, "I'm not

15   going to do no sexual favor to you.  I'm not giving

16   you my commissary.  If you want to beat me up, come

17   beat me up."  Now, if you consider that me calling

18   them out -- write it down.  I didn't call them out.

19   They approached me.

03:31:51 20         Q.    Okay.  And they didn't -- and they didn't

21   do anything; is that right?

22         A.    No.

03:31:56 23         Q.    Okay.  Now, about how long after that --

24   about how long after that did you talk to Daniel

25   Barker?

1    A.   About what?   About sitting down on the

2   bench?

03:32:14   3    Q.   Did y'all talk about that, about staying

4   down?

5    A.   He approached me after I sit down on the

6   bench -- I don't know if there was ten or 15, 20

7   minutes.   I would say within that same day after I

8   sit down.   And, yeah, he was explaining to me that

9   the reason why that was done was so they could find

10   out what they call seeing where your heart was, if

11   you were going to fight to defend yourself or if you

12   was going to let someone beat you up and take your

13   stuff.   If anyone sits down on that bench, then they

14   have to be strong and defend theirself if they're

15   approached on that situation.   And then later on,

16   like a week or two after that -- then that's when

17   they approached me about the Confederate Knights of

18   America.

03:33:02   19    Q.   Okay.

20    A.   I guess he approached me like that before

21   the AC or the AB approached me because whenever a

22   white guy comes in the prison and shows that he's

23   going to defend hisself then he's -- all them

24   gangs -- white gangs are looking at him more or less

25   what they call -- let me think of the word.

```
 1    Prospect.  That's what prospecting means, when they

 2    look at you to see if you got potential to be in

 3    their gang.  And I assume that's why Barker wanted

 4    me -- to approach me like that before the AC or the

 5    AB approached me wanting to know if I wanted to go

 6    with their gang, to tell you the truth.

 7         Q.   Now, you were one of the original members

 8    of the Confederate Knights of America in Beto I --

 9         A.   I was one of the original ones --

10         Q.   Let me finish so she can take it down.

11         A.   I'm sorry.

12         Q.   You were one of the original members of the

13    Confederate Knights of America; is that correct?

14         A.   Yes.

15         Q.   In Beto I?

16         A.   Yes, sir.

17         Q.   Okay.  And at that time Daniel Barker was

18    the leader; is that correct?

19         A.   Yes, sir.

20         Q.   Okay.  And there was a number of y'all

21    right at first; is that correct?

22         A.   Right at first?

23         Q.   Yes, sir.

24         A.   Like I said, whenever I was -- I was the

25    third so-called member to be into the Confederate
```

03:33:47  7
03:33:54  10
03:33:56  12
03:34:01  15
03:34:03  17
03:34:11  20
03:34:19  23

1   Knights of America.  We may get -- a month or every

2   two months there was a new person that was -- the

3   tattoo was put on them, they were considered a

4   so-called member; and it was just growing.

03:34:41   5        Q.   Okay.  Who witnessed Daniel Barker's oath?

6   Did you witness Daniel barker's oath?

7        A.   It's possible since we was on the same cell

8   block, yes; but then the most was -- that is not the

9   exact date that someone entered the oaths -- them

10   dates on them oaths was the time that the papers were

11   typed up and every one -- once they was typed up the

12   date they were showed them papers, that's the date

13   that was on there.  That's not necessarily the date

14   they was tattooed up.

03:35:12   15        Q.   Well, you were the witness to Daniel

16   Barker's oath, weren't you?

17        A.   It's possible, yes, sir, since we was on

18   the same cell block and you can't witness your own

19   signature.  So whoever is the closest member there,

20   that's the witness.

03:35:26   21        Q.   Well, at that time y'all were the only CKA

22   in Beto; isn't that correct?

23        A.   No, sir.  There was Barker and a guy named

24   Roy King and me whenever I got in there.

03:35:37   25        Q.   You were the only CKA chapter on Beto?

PAULA K. FREDERICK, CSR
(979) 361-4270

1    A.   Oh, yes, sir.  There was only, like, one

2   chapter -- so-called chapter.  That's what Barker

3   named it was the Rebel Soldiers of the Confederate

4   Knights of America and then he put that Rebel Soldier

5   and that's what Beto I was considered Rebel Soldiers.

03:35:56  6    Q.   Now, so there was only two of y'all that

7   could have witnessed Mr. Barker's oath; is that

8   correct?  Either you or Roy King?

9    A.   Yeah.  Yes, sir.

03:36:04 10    Q.   And you did it; isn't that correct?

11    A.   Yes, sir.

03:36:07 12    Q.   Okay.  And you witnessed a number of other

13   people's blood oath; is that correct?

14    A.   Yes, sir.

03:36:13 15    Q.   Okay.  Now, who witnessed yours?

16    A.   I don't know.  I would have to look on my

17   paper -- that document.  Says Daniel Barker.

03:36:44 18    Q.   Is that who did it?

19    A.   Looks like his name.  Daniel Barker, yes.

03:37:00 20    Q.   Now, the first time you talked about these

21   blood oaths, you were crying.  Have you got over

22   that?

23    A.   The first time I talk about them blood oath

24   I was crying?

03:37:08 25    Q.   Yes.  You were crying in front of this

1  jury.  Are you over that?

2      A.    I wasn't crying over them blood oaths, sir.

03:37:15  3      Q.    That's what you were talking about when you

4  started crying, wasn't it?

5      A.    Not to my knowledge.  We were talking about

6  looking at them pictures of Mr. Byrd.

03:37:21  7      Q.    You -- that was the first time you started

8  crying?

9      A.    I might have been crying telling the

10  stories but not during that particular story about

11  the blood oaths, no.

03:37:33  12      Q.    Okay.  Now, how many fights were you in

13  during the time you were in the Texas Department of

14  Corrections, altogether?

15      A.    From -- all the way from '87 -- eight years

16  I been locked up?

03:37:52  17      Q.    Yes, sir.

18      A.    I figure -- I would say two, three --

19  three -- four at the max.  Three minors and two --

20  two maybe, three minors and -- you know, one on one;

21  and then that one major one when all that stuff went

22  down in the dayroom at Beto I.

03:38:10  23      Q.    Okay.  Now, how many people were in the CKA

24  there on Beto?

25      A.    At one time there -- the unit I would say,

230

```
 1   rough estimate, 12 or 13 give or take one or two.  No
 2   more than 14 or 15 all at one time at Beto I.  Then
 3   you got to consider the unit is north side and south
 4   side which means maybe six members on the south side
 5   and seven or eight on the north side.  Then got to
 6   figure different cell blocks.  So we was separated.
 7   Wasn't, like, all 15 members on one specific wing at
 8   one time.
```

03:38:43  9        Q.   Okay.  And at one time there was only three
```
10   of y'all; is that correct?
11        A.   Yes.
```
03:38:49 12        Q.   Then it was 3 up to 14, would that be
```
13   correct?
14        A.   Through the time, yes, sir.
```
03:38:55 15        Q.   Through time?
```
16        A.   Since I got there in February.
```
03:38:58 17        Q.   Some was on one cell block and some was on
```
18   the other?
19        A.   Yes, sir.
```
03:39:02 20        Q.   Okay.  Now, was the Texas Syndicate there
```
21   on Beto?
22        A.   Threw me off there.  That sound like a
23   Spanish gang.
```
03:39:14 24        Q.   How many members were there in the Spanish
```
25   gangs?
```

1     A.    There was -- I really couldn't tell you

2   because this was, like -- the first two or three

3   benches were, like, the Houston and some other city.

4   In the back was, like, Dallas and the Valley.  They

5   just had a way of, like, separating the Spanish

6   people from their towns and then they had their way

7   of separating them from their gangs and from --

03:39:42  8     Q.    Okay.

9     A.    It was all confusing as far as --

03:39:44  10     Q.    Now, there was -- was there more than there

11   was in the CKA?

12     A.    More what?

03:39:51  13     Q.    More Spanish members in a gang.

14     A.    I imagine.

03:39:54  15     Q.    Well, you were there.  You know.  Was

16   there, or was there not?

17     A.    Yes, sir.  There's a lot of people in a lot

18   of them gangs.

03:40:00  19     Q.    Okay.  What about the black gangs?  Was

20   there more people in the black gangs than there was

21   in the CKA?

22     A.    Yes, sir.

03:40:09  23     Q.    Okay.  And you stated you had two fights at

24   Beto or one fight?

25     A.    As far as I remember I think that -- what

1    they consider the riot -- major disturbance or

2    whatever, that was where the Spanish and the white

3    people were fighting -- that was the only one, to my

4    knowledge.  The only one I can remember is the two at

5    Hilltop which was just one on one where a guy --

6    threw a hot pie in my face and me and him went to

7    fighting and broke it up when the boss said, "Break

8    it up," and then that major riot.

03:40:49   9        Q.   Okay.  So actually you were only in two

10    fights then; is that correct?  Is that what you're

11    telling the jury?

12        A.   Two fights?

03:40:53   13        Q.   Yes, sir.

14        A.   I'm saying there may be one -- one more

15    minor fight.

03:41:00   16        Q.   Okay.

17        A.   I think I was in two fights at Hilltop and

18    one major fight at Beto I.

03:41:08   19        Q.   Okay.  Now, this thing at Beto I that was

20    terming as a riot -- you stated to the jury that

21    there was a man -- there was a white man, and he was

22    squatted down; is that correct?

23        A.   Yes.

03:41:20   24        Q.   And there was some Hispanic people around

25    him.  Were they hitting him, kicking him, or what?

1      A.   Yes, sir.

:41:27      2      Q.   Okay.  And how many Hispanics were there

3   around him doing all this?

4      A.   That was kicking that white guy in the

5   corner?

03:41:33      6      Q.   That's right.

7      A.   One on each side and one in the middle.

03:41:36      8      Q.   Three of them?

9      A.   I would say three of them.

03:41:38     10      Q.   Okay.  And you walked up and you threw the

11   Hispanic guy out of the way?

12      A.   I didn't throw him.  I pushed him out of

13   the way; like, you know, get off of him.  I wasn't

14   even -- I actually didn't even know they were -- a

15   major fight fixing to go down.  I knew that there was

16   a white guy they was saying earlier was supposed to

17   get checked for telling it on the Mexican and the

18   white guy and --

03:41:59     19      Q.   Okay.

20      A.   -- I pushed him out of the way and grabbed

21   him by the shirt and told him to stand up.

03:42:05     22      Q.   Okay.  All that happened to you with these

23   three Hispanics is they hit you a couple of time --

24      A.   I don't believe they was the one hitting

25   me.  By the time I pulled him up it was, like,

1   everyone bomb rushed the back of the dayroom -- which

2   in the back dayroom you got two tables then you got

3   the benches -- all them benches.  So you really don't

4   have that much space.

5          By the time I pulled him up, like I

6   said, I got hit, like, two, maybe three times --

7   before I turned around the boss said, "Get down.  Get

8   down."  And they made everyone get down.  And I

9   didn't have time to even think about swinging on

10  anybody or hurting -- doing any harm to anybody.  I

11  was trying to shake it off.

03:42:47   12      Q.   You didn't go down when they hit you.  The

13  only reason you went down is because the guards told

14  you to get down; is that correct?

15      A.   Yes, sir.

03:42:53   16      Q.   And you kept this white guy from getting

17  hurt; is that correct?

18      A.   Yes, sir.

03:42:59   19      Q.   And when you talk --

20      A.   That was my intentions, yes, sir.

03:43:02   21      Q.   And that's what you did?

22      A.   Oh, yeah.

03:43:03   23      Q.   Okay.  Now, how many guys were there in

24  this riot?

25      A.   Maybe seven -- six, seven, eight.  I would

1    say closer to eight than six white guys and about 15,

2    20 Hispanics.  There was no blacks involved in there,

3    and what it was was like a bunch of prisons send all

4    of their -- I guess their school people there to Beto

5    I for that specific cell block.  So there was other

6    inmates from other units that didn't know what -- you

7    know, how to behave, I guess.  And when all that

8    stuff went on, everyone scattered like there was a

9    big fire in the dayroom.  And if you're caught up in

10   the action, you ain't got nowhere to go except to

11   stand there and, I guess, accept getting hit in the

12   head because you can't run.  There's swinging all

13   around -- people swinging all around.  You know, the

14   lucky ones is the ones that was sitting at the front

15   of the benches.  They had time to escape before they

16   slammed the doors shut.

03:44:13  17        Q.   Now, you stated to this jury about people

18   being sexually abused.  You were never sexually

19   abused in Beto I, were you?

20        A.   No, sir; but I was sure had -- the odds

21   were against me when I first come in there; you know,

22   being a new guy and, you know, looking like -- you

23   know, with no tattoos or nothing on.  And that's the

24   major ones that they look for.  So I -- if that

25   answers your question.  No, I wasn't never sexually

PAULA K. FREDERICK, CSR
(979) 361-4270

236

abused.

03:44:44   Q.   That answers my question.

A.   Okay.

03:44:47   Q.   And you were only approached during that day and a half or two days you was up there waiting for someone to come try to and clique on you -- you was only approached by two people and they didn't do anything; is that right?

A.   They didn't do nothing; but they had me on my toes even more because once they approached me, I knew it was fixing -- they were fixing to do something.

03:45:10   Q.   You were ready to get to it if you had to?

A.   If I had to.  I didn't have no choice.  I wasn't gorgeous like -- nor what they had said when they approached me and let my guard down and get surrounded by -- you know, being put in that position.

03:45:26   Q.   You didn't show any weakness.  That's what you're telling the jury?

A.   I told them I wasn't going to give them my commissary; and if they were going to fight me, they would do what they was going to do and get it over with.  And I guess that's not showing weakness because they didn't -- they didn't approach me so I

1    guess they didn't -- they considered me -- I guess

2    they thought that I was going to fight back so they

3    just left me alone.

03:46:01   4    Q.   Okay.  Now, Daniel Barker was the EC of the

5    Confederate Knights when they were first organized;

6    is that correct?

7    A.   Yes, sir.

03:46:18   8    Q.   He was -- that's exalted cyclops?

9    A.   Yes, sir.

03:46:19  10    Q.   Okay.  And who is David Nixon?

11    A.   A guy that was there at Beto I and worked

12    in the laundry at one time.  Whenever I worked in

13    maintenance, he worked in the laundry.

03:46:31  14    Q.   What was David Nixon in the penitentiary

15    for?

16    A.   I really don't know.  I'm not even going to

17    guess at that because I would be afraid to guess.  I

18    don't know.  I couldn't tell you.  I really don't

19    know.

03:46:44  20    Q.   Well, was he in there for DWI?

21    A.   I doubt it.

03:46:50  22    Q.   He was in there for murder, wasn't he, sir?

23    A.   He never told me that; and, no, I don't

24    know if he is or not, you know.  A lot of people that

25    was there at Beto I had a lot of time -- like 70, 80,

1   90 years and on up.  And especially the -- there was,

2   like, a youngster farm where 30 and under was there

3   on that farm.  A few 40 and 50 years olds, very few.

4   People had a lot of time so -- evidently he had been

5   in there for a lot of time but they sent me there and

6   I was on a parole violation.  So they would -- I

7   would say that there was short timers there, too; but

8   not as many as the long timers.

03:47:34  9        Q.    Okay.  Now, how long were you a CKA member?

10        A.    Well, I would say about March of '94 --

11   middle of March, end of March somewhere around there

12   is where -- I was -- they put that tattoo on me, you

13   know.

03:47:56  14        Q.    Till you got out?

15        A.    Till I got out?

03:47:59  16        Q.    Yeah.  Till '97?

17        A.    Well, like, one time I had told Barker that

18   I was supposed to go, you know, what they call

19   independent -- in other words, all by yourself.

20   And -- I don't know how to say it.  That's what they

21   call independent where no one else is over you or no

22   one else is under you.  Just by yourself.  And then,

23   I don't know, maybe six or seven months later then I

24   told them -- well, I think -- I told him -- I wrote

25   him a letter and I told them that I guess since I'm

1    fixing to get out and I'll go ahead and turn in my

2    independent papers -- whatever you call it.   In other

3    words, I was telling him I didn't want to be

4    independent anymore.   I wanted to be considered a

5    member again because I was getting out and I wanted

6    to get out and more or less keep the people that --

7    CKA while I was in prison you know writing them and

8    sending them pictures and magazines.

03:49:18   9         Q.   Just answer my question, if you would,

10   Mr. Brewer.   Were you still in the CKA when you got

11   out of prison?

12        A.   Yes, sir, as far as my best --

03:49:26  13         Q.   So you were there about three years?   Okay.

14   And during this three years that you were CKA there

15   was -- was there or was there not more Hispanic gang

16   members and black gang members on Beto I in your

17   side -- north side and/or south side?

18        A.   Whenever I was -- could you repeat that

19   again?

03:49:47  20         Q.   Yes, sir.   Was there more Hispanic gang

21   members and black gang members than there were CKA

22   members on whatever side of the --

23        A.   Yes, sir.   Every time -- every day I was at

24   Beto I there was more.

03:50:00  25         Q.   Okay.   Now, you wrote a letter to Barker

1    talking about him being the EC one place and you

2    being the EC another; is that correct?

3        A.   Yes, sir.   That was whenever he got shipped

4    to the Terrell Unit.

03:50:31  5        Q.   Okay.   So you were the exalted cyclops of

6    the CKA after Mr. Barker left?

7        A.   I wasn't sure.   I was confused.   They just

8    upped and put him on a bus and took him to another

9    prison.   And we had never discussed before he left

10   who specifically -- about the EC being the main

11   leader here overcharged on all these units or what.

12   So whenever they transferred him to the other prison

13   unit, then all these guys at Beto I that was

14   supposedly under me -- they wasn't listening to me so

15   I wrote him a letter and asked him if he was the EC

16   or if I was left in charge of the EC since I was the

17   highest -- the highest rank or the seniority -- the

18   oldest member of the CKA or the -- oldest member of

19   the CKA on the unit.

03:51:25  20        Q.   Okay.   The letter that you wrote to David

21   Nixon?

22        A.   Yes, sir.

03:51:29  23        Q.   Okay.

24        A.   Which one?

03:51:32  25        Q.   Okay.   Did you talk about -- did y'all use

1    the pages of the Bible in that letter?

2        A.   Yes, sir.  You want me to tell you what

3    that meant?  Is that what you're asking?

03:51:41   4        Q.   Well, I'm asking you did you say that.

5        A.   Yes, sir.

03:51:43   6        Q.   And you wrote it in there?

7        A.   In a letter to Nixon, yes, sir.

03:51:46   8        Q.   Yes, sir.  What did it say?  What did you

9    say?

10        A.   About what?  About the pages in the Bible?

03:51:51   11        Q.   Yes, sir.

12        A.   Beto I -- you know, since they took the

13   smoking out of the system -- smoking cigarettes, and

14   the inmates would, like, get cash in from their

15   visitors -- 20-dollar bills and 50-dollar bills and

16   sometimes occasionally 100-dollar bills -- and they

17   would buy packs of cigarettes for $20 a piece --

18   $20 -- a dollar bill for one pack of cigarettes.  And

19   they would sell each cigarette for $3 worth of

20   commissary.  Or you could tear that cigarette apart

21   and roll it up into two cigarettes and sell them for

22   $2 for each rolled-up cigarette.  And that's what I'm

23   talking about the Bible -- they used the Bible --

24   little brown bibles and they tore the pages out of

25   the Bible -- tore the page in a half; and when they

1   tore the cigarette in half, they used each page out

2   of the Bible for the rolling papers for the

3   cigarettes.  And they sold rolled up page for $2 a

4   smoke.  That's what --

03:52:57   5   Q.   And that's what you did?

6   A.   That's what me and everyone else at Beto I

7   was smoking, was Bible papers.

03:53:07   8   Q.   Okay.

9   A.   With no complex because they say that if

10   you read the Bible and show weakness and -- that's a

11   sign of weakness and --

03:53:17   12   Q.   Now, you were -- who were you living with

13   before you went to Jasper?

14   A.   With my girlfriend Tammy Perritt.

03:53:28   15   Q.   Okay.  Now, did you tell her before you

16   left when y'all had this fight that you were going to

17   be with someone who loved you?

18   A.   Before we had the fight?

03:53:38   19   Q.   No.  After you had the fight and you were

20   getting ready to go to Jasper.  Did you tell her you

21   were going to go there to be with someone who loved

22   you?

23   A.   I don't understand what you were saying.

24   After we had the fight?

03:53:48   25   Q.   Yes.

PAULA K. FREDERICK, CSR
(979) 361-4270