**ATTACHMENT B**

# PublicData.com

➡ **Missouri DOC Detail**

| Name<br>HOOVER, WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>100CF0006 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge<br>32510990 | NCIC offense Code<br>3599 |
| Offense Description<br>POSS OF DRUG PARAPHERNALIA (LTC) | CC/CS<br>CONCURRENT | Completed?<br>NO | Sentence Date<br>Apr 18 2000 |
| Sentence Min Release Date<br>Jul 23 2003 | Sentence Max Release Date<br>Mar 23 2005 | Sentence Length Years (yyyy)<br>0005 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0000 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date | Probation Type | | |

http://www4.publicdata.com.ai/cgi-win/pd.exe/Detail?db=modc&rec=239979&dlnumber...    10/28/2002

# PublicData.com

➡ **Missouri DOC Detail**

| Name<br>HOOVER, WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>300CF0407 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge<br>32450990 | NCIC offense Code<br>3599 |
| Offense Description<br>POSS C/S (LTC) | CC/CS<br>CONCURRENT | Completed?<br>NO | Sentence Date<br>Apr 18 2000 |
| Sentence Min Release Date<br>Jul 23 2003 | Sentence Max Release Date<br>Mar 23 2005 | Sentence Length Years (yyyy)<br>0005 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0000 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date | Probation Type | | |

# PUBLICDATA.com

➡**Missouri DOC Detail**

| Name<br>HOOVER,WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>300CF0407 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge<br>32465990 | NCIC offense Code<br>3599 |
| Offense Description<br>MANF A C/S (LTC) | CC/CS<br>CONCURRENT | Completed?<br>NO | Sentence Date<br>Apr 18 2000 |
| Sentence Min Release Date<br>Nov 23 2004 | Sentence Max Release Date<br>Mar 23 2007 | Sentence Length Years (yyyy)<br>0007 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0000 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date | Probation Type | | |

*Dana B.O.P.&P.* (signature)

# PUBLICDATA.com

➡ **Missouri DOC Detail**

| Name<br>HOOVER, WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>300CF1626 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge<br>32450990 | NCIC offense Code<br>3599 |
| Offense Description<br>POSS OF C/S (LTC) | CC/CS<br>PRIMARY SENTENCE | Completed?<br>NO | Sentence Date<br>Apr 18 2000 |
| Sentence Min Release Date<br>Jul 23 2003 | Sentence Max Release Date<br>Mar 23 2005 | Sentence Length Years (yyyy)<br>0005 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0000 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date | Probation Type | | |

# PUBLICDATA.com

➡ **Missouri DOC Detail**

| Name<br>HOOVER,WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>300CF9052 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge<br>14020990 | NCIC offense Code<br>2299 |
| Offense Description<br>BURGLARY 2ND DEG | CC/CS<br>CONCURRENT | Completed?<br>NO | Sentence Date<br>Oct 27 2000 |
| Sentence Min Release Date<br>May 13 2005 | Sentence Max Release Date<br>Sep 13 2007 | Sentence Length Years (yyyy)<br>0007 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0000 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date | Probation Type | | |

# PublicData.com

→ **Missouri DOC Detail**

| Name<br>HOOVER, WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>300CF9052 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge<br>15010990 | NCIC offense Code<br>2399 |
| Offense Description<br>STEALING | CC/CS<br>CONCURRENT | Completed?<br>NO | Sentence Date<br>Oct 27 2000 |
| Sentence Min Release Date<br>May 13 2005 | Sentence Max Release Date<br>Sep 13 2007 | Sentence Length Years (yyyy)<br>0007 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0000 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date | Probation Type | | |

# PUBLICDATA.com

→ **Missouri DOC Detail**

| Name<br>HOOVER, WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>300CF3640 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge<br>32490990 | NCIC offense Code<br>3599 |
| Offense Description<br>TRAFFICKING 1ST DEGREE | CC/CS<br>CONCURRENT | Completed?<br>NO | Sentence Date<br>Oct 27 2000 |
| Sentence Min Release Date<br>Apr 30 2009 | Sentence Max Release Date<br>Apr 30 2012 | Sentence Length Years (yyyy)<br>0012 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0000 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date | Probation Type | | |

http://www4.publicdata.com.ai/cgi-win/pd.exe/Detail?db=modc&rec=239984&dlnumber...   10/28/2002

# PUBLICDATA.com

→ **Missouri DOC Detail**

| Name<br>HOOVER, WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>300CF3640 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge<br>32566990 | NCIC offense Code<br>3599 |
| Offense Description<br>POSS OF CHEMICAL W/INT TO CREATE C/S | CC/CS<br>CONCURRENT | Completed?<br>NO | Sentence Date<br>Oct 27 2000 |
| Sentence Min Release Date<br>Apr 30 2007 | Sentence Max Release Date<br>Apr 30 2010 | Sentence Length Years (yyyy)<br>0010 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0000 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date | Probation Type | | |

http://www4.publicdata.com.ai/cgi-win/pd.exe/Detail?db=modc&rec=239985&dlnumber... 10/28/2002

# PublicData.com

➡ **Missouri DOC Detail**

| Name<br>HOOVER,WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>300CF3640 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge<br>31020990 | NCIC offense Code<br>5299 |
| Offense Description<br>UNLAWFUL USE OF A WEAPON | CC/CS<br>CONCURRENT | Completed?<br>NO | Sentence Date<br>Oct 27 2000 |
| Sentence Min Release Date<br>Aug 30 2003 | Sentence Max Release Date<br>Apr 30 2005 | Sentence Length Years (yyyy)<br>0005 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0000 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date | Probation Type | | |

# PUBLICDATA.com

➡**Missouri DOC Detail**

| Name<br>HOOVER, WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>492CF1604 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge<br>15010990 | NCIC offense Code<br>2399 |
| Offense Description<br>STEALING | CC/CS<br>PRIMARY SENTENCE | Completed?<br>YES | Sentence Date<br>Feb 17 1993 |
| Sentence Min Release Date<br>Apr 14 1994 | Sentence Max Release Date<br>Dec 14 1994 | Sentence Length Years (yyyy)<br>0002 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0000 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date | Probation Type | | |

# PublicData.com

➡ **Missouri DOC Detail**

| Name<br>HOOVER,WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>392CF0212 |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge | NCIC offense Code<br>2399 |
| Offense Description<br>STEALING | CC/CS<br>PRIMARY SENTENCE | Completed?<br>YES | Sentence Date |
| Sentence Min Release Date | Sentence Max Release Date<br>Aug 10 1994 | Sentence Length Years (yyyy)<br>0000 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0002 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date<br>Aug 11 1992 | Probation Type<br>SES | | |

http://www4.publicdata.com.ai/cgi-win/pd.exe/Detail?db=modc&rec=239988&dlnumber... 10/28/2002

# PUBLICDATA.com

➡ **Missouri DOC Detail**

| Name<br>HOOVER, WILLIAM M | Date of Birth<br>Sep 12 1970 | Race<br>White | Gender<br>Male |
|---|---|---|---|
| ID Number<br>00191026 | Offender Location<br>MISSOURI TRAINING CENTER FOR MEN | Function Flag<br>INSTITUTION | Cause Number<br>CR488-773F |
| Offense County<br>Unknown | Sentence County<br>Greene | Charge | NCIC offense Code<br>2399 |
| Offense Description<br>STEALING | CC/CS<br>PRIMARY SENTENCE | Completed?<br>YES | Sentence Date |
| Sentence Min Release Date | Sentence Max Release Date<br>Oct 5 1990 | Sentence Length Years (yyyy)<br>0000 | Sentence Length Months (mm)<br>00 |
| Sentence Length Days (dd)<br>00 | Probation Term Years (yyyy)<br>0002 | Probation Term Months (mm)<br>00 | Probation Term Days (dd)<br>00 |
| Probation Date<br>Oct 6 1988 | Probation Type<br>SES | | |

http://www4.publicdata.com.ai/cgi-win/pd.exe/Detail?db=modc&rec=239989&dlnumber... 10/28/2002

# PUBLICDATA.com

➡ **Texas Criminal Detail**

| Name | | | | | | Sid number |
|---|---|---|---|---|---|---|
| HOOVER,WILLIAM MATTHEW | | | | | | 05128541 |
| Race | Sex | Eyes | Hair | Height | Weight | Birth Date |
| White | M | Green | Brown | 510 | 170 | Sep 12 1970 |
| Alias Names | | | | | | Alias Date of Births |
| HOOVER,MATT<br>HOOVER,WILLIAM M | | | | | | none found |

| Cause number | Court offense literal | General offense character for court offense |
|---|---|---|
| | | none found |
| Court disposition date | Final plea to offense | Level and degree of offense<br>Felony - 1st Degree |
| Agency | State | County<br>none found |
| Court offense number<br>12000001 | Offense<br>AGGRAVATED ROBBERY | | |
| Citation<br>29.03 | Statute<br>PC | Active<br>YYYYMMDD | Modified<br>UNKNW |
| Level and degree of offense<br>Uncoded | Statute citation for offense | | |
| Court disposition number<br>310 | Definition<br>SUBJECT HAS BEEN FOUND GUILTY OF A CRIMINAL CHARGE, EITHER UPON A CRIMINAL TRIAL, A PLEA OF GUILTY, OR A PLEA OF NOLO CONTENDERE. | | |
| Date of sentence | Court sentence suspended - time | Court sentence suspended - fine | |
| Court confinement<br>5Y | Court probation | Court fine | |
| Court cost | Court provision literal | | |
| Court provision numeric | Definition<br>none found | | |
| Date case appealed | Disposition during appeal | Definition<br>none found | |
| Final disposition on appeal case<br>Uncoded | Multiple sentence<br>Single sentence | | |
| Agency<br>STATE TRNSFR HOLIDAY UNT | State<br>TX | County<br>WALKER | |

# PUBLICDATA.com

### ➡ TX Dallas Criminal Detail

| Defendant Name<br>HOOVER WILLIAM MATTHEW | | | Case Number<br>F-9246454 | Offense Class | Filing Agency<br>TXDPD0000 |
|---|---|---|---|---|---|
| Sex<br>M | Race<br>W | Birth Date<br>Sep 12 1970 | Arrest Date<br>Jan 26 1993 | Offense Date<br>Dec 11 1992 | Filing Date<br>Dec 31 1992 |
| Offense Description<br>ROBBERY, 2ND DEGREE | | | | | |
| Address<br>ROUTE 2 BOX 327A | | | City/State/Zip<br>SPRINGFIELD MO | | |

| Case Disposition<br>Final Disposition - Agreed plea of guilty before the Court | | | |
|---|---|---|---|
| Court<br>204th Judicial District Court | Sentence years<br>0005 | Sentence months<br>0000 | Sentence days<br>0000 |
| Disposition Date<br>Jul 20 1993 | Fine<br>$0000500.00 | Probation years<br>0000 | Probation months<br>0000 | Probation days<br>0000 |